IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA SOHAL, et al., | |
| Plaintiffs, | No. C 11-01941 JSW |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | |
| Defendants. | |

On April 29, 2011, Plaintiffs filed an *Ex Parte* Application for Temporary Restraining Order. The Court HEREBY ORDERS Defendants to file a response to the motion by no later than May 6, 2011. Plaintiffs may file a reply by no later than May 13, 2011. If the Court determines that a hearing is required, it shall notify the parties. By no later than 5:00 p.m. on Monday, May 2, 2011, Plaintiffs shall serve a copy of this Order and their *ex parte* application and supporting papers on any Defendant who has not yet appeared in this action.

**IT IS SO ORDERED.**

Dated: April 29, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE