| | |
|---|---|
| 1 | MARK D. LONERGAN (State Bar No. 143622) |
|  | IAN J. DA CUNHA (State Bar No. 264698) |
| 2 | ijd@severson.com |
|  | SEVERSON & WERSON |
| 3 | A Professional Corporation |
|  | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA 94111 |
|  | Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439 |
| 6 | Attorneys for Defendants |
|  | WELLS FARGO BANK, N.A. and |
| 7 | FEDERAL HOME LOAN MORTGAGE |
|  | CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTA SOHAL and MICHAEL W. WRIGHT, | Case No.: C 11-01941 JSW |
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER** |
| vs. | Courtroom: 11, 19th Floor |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally chartered corporation doing business as FREDDIE MAC, WELLS FARGO BANK, N.A., a Federally chartered national association, CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation, LSI TITLE COMPANY, a California Corporation, and DOES 1 through 10, INCLUSIVE | Judge: The Hon. Jeffrey S. White |
| Defendant, | |

# STIPULATION

Defendants Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation and plaintiffs Roberta Sohal and Michael Wright by and through their counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, a case management conference is presently set for December 16, 2011 at 1:30 p.m. in this Court.

WHEREAS, defendants have a scheduling conflict on that day.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that:

1. The case management conference be continued until Friday, January 13, 2012 or to a date thereafter convenient to the Court's calendar

DATED: September 22, 2011

SEVERSON & WERSON
A Professional Corporation

By: /s/ Ian J. Da Cunha
Ian J. Da Cunha

Attorney for Defendants
WELLS FARGO BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION

DATED: September 22, 2011

RANDICK O'DEA & TOOLIATOS

By: /s/ Patrick E. Guevara
Patrick E. Guevara

Attorney for Plaintiffs
ROBERTA SOHAL and MICHAEL W. WRIGHT

07685/0964/968968.1

Join Stipulation to Continue CMC
Case No.: C 11-01941 JSW

[PROPOSED] ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT the case management conference presently set for December 16, 2011 at 1:30 p.m. be continued until February 3, 2012 at 1:30 p.m.

DATED: September 23, 2011

*Jeffrey S. White*

Honorable Jeffrey S. White
United States District Court Judge

-1-