1 **Phillip G. Vermont, SBN 132035**
pvermont@randicklaw.com
2 **Patrick E. Guevara, SBN 202727**
pguevara@randicklaw.com
3 **RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
4 Pleasanton, California   94588
Telephone    (925) 460-3700
5 Facsimile     (925) 460-0969

6 Attorneys for Plaintiffs ROBERTA SOHAL and
MICHAEL W. WRIGHT
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| 12 ROBERTA SOHAL, *et al*, | Case No.: C 11-01941 JSW |
|---|---|
| 13                Plaintiffs, | [~~PROPOSED~~] SCHEDULING ORDER AS MODIFIED |
| 14       vs. | Further CMC:    February 3, 2012 |
|  | Time:                  1:30 p.m. |
| 15 FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.*, | Judge:                Hon. Judge Jeffrey S. White |
| 16                Defendants. | First Amended Complaint Filed:   May 24, 2011 |
| 17 |  |
| 18 |  |

19      Pursuant to the Court's September 19, 2011 Civil Minute Order (Doc. No. 55), counsel

20 for plaintiffs ROBERTA SOHAL and MICHAEL W. WRIGHT (collectively, "Plaintiffs") and

21 for defendants WELLS FARGO BANK, N.A. and FEDERAL HOME LOAN MORTGAGE

22 CORPORATION (collectively, "Defendants") jointly propose and stipulate to the following

23 discovery and pretrial schedule:

24      <u>Discovery</u>

25      Non-expert discovery cut-off shall be August 1, 2012.

26      Plaintiffs' Expert Reports under Rule 26(a)(2)(B) shall be e-filed on or before August 15,

27 2012.

28

1    Defendants' Expert Reports under Rule 26(a)(2)(B) shall be e-filed on or before August
2    22, 2012.
3    Expert discovery cut-off shall be September 26, 2012.
4    <u>Pre-Trial</u>
5    Dispositive motions shall be e-filed on or before September 28, 2012.
6    Dispositive motions shall be heard on or before November 19, 2012.
7    The Final Pretrial Conference shall take place on or around January 28, 2013.
8    Jury trial shall begin on or around February 11, 2013.

10   Dated: September 28, 2011                    RANDICK O'DEA & TOOLIATOS, LLP

11                                                      /s/ Patrick E. Guevara

12                                               By: _____
                                                     Patrick E. Guevara
13
                                                 Attorneys for Plaintiffs ROBERTA
14                                               SOHAL and MICHAEL W. WRIGHT

15

16
                                                 SEVERSON & WERSON
17
                                                        /s/ Ian J. Da Cunha
18
                                                 By: _____
19                                                   Ian J. Da Cunha

20
                                                 Attorneys for Defendants WELLS FARGO
21                                               BANK, N.A. and FEDERAL HOME
                                                 LOAN MORTGAGE CORPORATION
22

23

24

25

26

27

28

1  **[PROPOSED] SCHEDULING ORDER**

2  The parties through their counsel having proposed the case schedule herein and good

3  cause appearing, IT IS HEREBY ORDERED THAT:

4  Non-expert discovery cut-off shall be  August 1, 2012  .

5

6  Plaintiffs' Expert Reports under Rule 26(a)(2)(B) shall be ~~e-filed~~ served but not filed on or before

7  August 15, 2012  .

8

9  Defendants' Expert Reports under Rule 26(a)(2)(B) shall be ~~e-filed~~ served but not filed on or before

10  August 22, 2012  .

11

12  Expert discovery cut-off shall be  September 26, 2012  .

13

14  ~~Dispositive motions shall be e-filed on or before _____.~~

15  The Court will not set a deadline to file dispositive motions, other than they must be filed no later than 35 days before the deadline by which such motions shall be heard.

16  Dispositive motions shall be heard on or before **November 9, 2012 at 9:00 a.m.**

17

18  The Final Pretrial Conference shall take place on **January 28, 2013** at

19  ~~2:00 p.m.~~  .

20

21  Jury trial shall begin on **February 11, 2013**  at  8:00 A.M.  .

22  **The parties are HEREBY ADMONISHED to familiarize themselves with this Court's Guidelines for Civil Jury Trials, which sets forth what filings are required for the**

23  **pretrial conference and the deadlines by which those filings are due.**

24

25  Dated: September 29, 2011                    *Jeffrey S. White*
    Hon. Jeffrey S. White

26  United States District Court Judge

27

28