| | |
|---|---|
| 1 | MARK D. LONERGAN (State Bar No. 143622) |
| | IAN J. DA CUNHA (State Bar No. 264698) |
| 2 | ijd@severson.com |
| | SEVERSON & WERSON |
| 3 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439 |
| 6 | Attorneys for Defendants |
| | WELLS FARGO BANK, N.A. and |
| 7 | FEDERAL HOME LOAN MORTGAGE |
| | CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROBERTA SOHAL and MICHAEL W. WRIGHT, | | Case No.: C 11-01941 JSW |
| Plaintiffs, | | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER** |
| vs. | | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally chartered corporation doing business as FREDDIE MAC, WELLS FARGO BANK, N.A., a Federally chartered national association, CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation, LSI TITLE COMPANY, a California Corporation, and DOES 1 through 10, INCLUSIVE | | Current CMC Date: March 23, 2012<br>Time: 1:30 p.m.<br><br>Proposed CMC Date: April 13, 2012<br>Time: 1:30 p.m. |
| Defendant, | | |

07685/0964/2094169.1

Join Stipulation to Continue CMC
Case No.: C 11-01941 JSW

# STIPULATION

Defendants Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation and plaintiffs Roberta Sohal and Michael Wright by and through their counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, a case management conference is presently set for March 23, 2012 at 1:30 p.m. in this Court.

WHEREAS, defendants' counsel will be out of the country between March 22 through April 6, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that:

1. The case management conference be continued until Friday, April 13, 2012 at 1:30 p.m. or to a date thereafter convenient to the Court's calendar

DATED: January 13, 2012

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ Ian J. Da Cunha_____
　　　　　Ian J. Da Cunha

Attorney for Defendants
WELLS FARGO BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION

DATED: January 13, 2012

RANDICK O'DEA & TOOLIATOS

By: _____/s/ Patrick E. Guevara_____
　　　　　Patrick E. Guevara

Attorney for Plaintiffs
ROBERTA SOHAL and MICHAEL W. WRIGHT

07685/0964/2094169.1

Join Stipulation to Continue CMC
Case No.: C 11-01941 JSW

**[~~PROPOSED~~] ORDER**

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT the case management conference presently set for March 23, 2012 at 1:30 p.m. be continued until April 13, 2012.

DATED: January 30, 2012

_____
Honorable Jeffrey S. White
United States District Court Judge

-1-