IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTA SOHAL, et al.,

    Plaintiffs,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,

    Defendants.

                                 /

No. C 11-01941 JSW

**FURTHER ORDER OF REFERRAL**

    The Court has granted in part and denied in part Defendants' motion for summary judgment and has denied Plaintiffs' motion for summary judgment. This matter is scheduled for a pretrial conference on January 28, 2013, and a trial on February 11, 2013. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS this matter to Chief Magistrate Judge James for the purposes of conducting a further settlement conference by no later than, if possible, February 4, 2013.

    **IT IS SO ORDERED.**

*Jeffrey S. White*

Dated: December 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Chief Magistrate Judge James
Rose Maher
Magistrate Referral Clerk