**Phillip G. Vermont, SBN 132035**
pvermont@randicklaw.com
**Leslie A. Baxter, SBN 148195**
lbaxter@randicklaw.com
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California 94588
Telephone (925) 460-3700
Facsimile (925) 460-0969

Attorneys for Plaintiffs ROBERTA SOHAL and MICHAEL W. WRIGHT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTA SOHAL and MICHAEL W. WRIGHT,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally chartered corporation doing business as FREDDIE, WELLS FARGO BANK, N.A., a Federally chartered national association, CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation, LSI TITLE COMPANY, a California corporation, and DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | Case No.: C 11-01941 JSW (MEJ, DMR)<br><br>**STIPULATION AND ORDER RESCHEDULING SETTLEMENT CONFERENCE**<br><br>Judge: Chief Magistrate Judge Maria-Elena James<br>Courtroom: 15th Floor<br>Date: February 4, 2013<br>Time: 2:00 p.m. |

Plaintiffs ROBERTA SOHAL and MICHAEL WRIGHT (collectively, "Plaintiffs"), by and through their attorney of record, together with defendants FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac") and WELLS FARGO BANK, N.A. ("Wells

1

1  Fargo") by and through their attorney of record, hereby stipulate and agree as follows:

2      The Settlement Conference currently scheduled for February 4, 2013 at 2:00 p.m. is

3  advanced to January 8, 2013, at 10:00 a.m.

4  Date: December 20, 2012      SEVERSON & WERSON

6      By: _____
    Mark Ian Wraight
7      Attorneys for Defendants
    FEDERAL HOME LOAN MORTGAGE
8      CORPORATION and WELLS FARGO
    BANK, N.A.

10  Date: December 20, 2012      RANDICK O'DEA & TOOLIATOS, LLP

12      By: _____
    Phillip G. Vermont
13      Attorneys for Plaintiffs ROBERTA SOHAL
    and MICHAEL WRIGHT

16      IT IS SO ORDERED.

17  January 2, 2013
18  ~~Dated: December ___, 2012~~

    MARIA-ELENA JAMES
19      CHIEF UNITED STATES MAGISTRATE JUDGE

25      *****END OF ORDER*****

26      2

1 | Fargo") by and through their attorney of record, hereby stipulate and agree as follows:

2 | The Settlement Conference currently scheduled for February 4, 2013 at 2:00 p.m. is
3 | advanced to January 8, 2013, at 10:00 a.m.

4 | Date: December 20, 2012     SEVERSON & WERSON

By: _____
Mark Ian Wraight
Attorneys for Defendants
FEDERAL HOME LOAN MORTGAGE
CORPORATION and WELLS FARGO
BANK, N.A.

Date: December 20, 2012     RANDICK O'DEA & TOOLIATOS, LLP

By: _____
Phillip G. Vermont
Attorneys for Plaintiffs ROBERTA SOHAL
and MICHAEL WRIGHT

**IT IS SO ORDERED.**

Dated: December ___, 2012

_____
MARIA-ELENA JAMES
CHIEF UNITED STATES MAGISTRATE JUDGE

*****END OF ORDER*****

2