IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTA SOHAL, et al.,

    Plaintiffs,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,

    Defendants.

No. C 11-01941 JSW

**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF DISPUTED EXHIBITS**

It is HEREBY ORDERED that the parties shall submit a binder containing chambers copies of the exhibits to which they object directly to chambers by no later than 10:00 a.m. on Friday, January 25, 2013.

**IT IS SO ORDERED.**

Dated: January 23, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE