MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
THOMAS N. ABBOTT (State Bar No. 245568)
tna@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants FEDERAL HOME
LOAN MORTGAGE CORPORATION and
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTA SOHAL and MICHAEL W. WRIGHT,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally chartered corporation doing business as FREDDIE MAC, WELLS FARGO BANK, N.A., a Federally chartered national association, CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation, LSI TITLE COMPANY, a California Corporation, and DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | Case No. C 11-01941 JSW (MEJ)<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS; [PROPOSED] ORDER**<br><br>The Hon. Jeffrey S. White |

Plaintiffs ROBERTA SOHAL and MICHAEL W. WRIGHT ("Plaintiffs"), and defendants

FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac") and WELLS

FARGO BANK, N.A. ("Wells Fargo," collectively with Freddie Mac, "Defendants"), by and

1 through their respective counsel of record, file this joint stipulation to extend the deadline to file
2 any Motion for Attorney's Fees or Bill of Costs for seven (7) days, to **February 27, 2013**.
3     On February 6, 2013, the Court issued its Order following Pretrial Conference, denying
4 Motions in Limine as moot, Denying Leave to Amend, and Reconsidering and Granting
5 Defendants' Motion for Summary Judgment.[1] Also on February 6, 2013, the Court issued
6 Judgment in favor of Defendants.[2]
7     Pursuant to Local Rules 54-1 and 54-5, Defendants deadline to file its Bill of Costs and
8 Motion for Attorney's Fees is currently February 20, 2013. The parties have met and conferred
9 and wish to explore amicable resolution of post-judgment issues concerning costs, attorney's fees,
10 and appeal. Accordingly, the parties request that Defendants' deadline to file its Bill of Costs and
11 any Motion for Attorney's Fees be extended by seven (7) days, to **February 27, 2013**.

13 DATED: February 13, 2013      SEVERSON & WERSON
    A Professional Corporation

16     By:    /s/ Thomas N. Abbott
    Thomas N. Abbott

18 Attorneys for Defendants FEDERAL HOME LOAN MORTGAGE CORPORATION and WELLS FARGO BANK, N.A.

20 DATED: February 13, 2013      RANDICK O'DEA & TOOLIATOS, LLP

22     By:    /s/ Phillip G. Vermont
    Phillip G. Vermont

24 Attorneys for Plaintiffs ROBERTA SOHAL and MICHAEL WRIGHT

---

[1] Docket #152.
[2] Docket #153.

1 **ORDER**

2  For the reasons stated in the Parties' stipulation, and good cause appearing, the deadline to
3 submit a Motion for Attorney's Fees or a Bill of Costs is CONTINUED seven (7) days, to
4 **February 27, 2013**.

5  **IT IS SO ORDERED**.

6 DATED: February  13, 2013

_____
Jeffrey S. White
United States District Judge